# DEPARTMENT OF DEFENSE

## CIVILIAN LEAVE AND EARNINGS STATEMENT LES

VISIT THE DFAS WEB SITE AT: WWW.DFAS.MIL

| | | |
|---|---|---|
| 1. Pay Period End | | 12/02/23 |
| 2. Pay Date | | 12/08/23 |

| 3. Name | 4. Pay Plan/Grade/Step | 5. Hourly/Daily Rate | 6. Basic OT Rate | 7. Basic Pay + Locality/Market Adj = Adjusted Basic Pay |
|---|---|---|---|---|
| KEEL MENUHAH | GS  06  08 | 27.25 | 40.88 | 44484.00   12384.00   56868.00 |

| 8. Soc Sec No | 9. Locality % | 10. FLSA Category | 11. SCD Leave | 12. Max Leave Carry Over | 13. Leave Year End |
|---|---|---|---|---|---|
| ***-**-6548 | 27.84 | N | 12/16/04 | 240 | 01/13/24 |

| 14. Financial Institution - Net Pay | 15. Financial Institution - Allotment #1 | 16. Financial Institution - Allotment #2 |
|---|---|---|
| WELLS FARGO BANK | CAPITAL ONE N.A. | AMERICAN HERITAGE FCU |

| 17. Tax | Marital Status | Exemptions | Add'l | 18. Tax | Marital Status | Exemptions | Add'l | Taxing Authority | 19. Cumulative Retirement | 20. Military Deposit |
|---|---|---|---|---|---|---|---|---|---|---|
| FED | S | 10 | 0 | 422049 | S | 0 | 0 | PHILADELPHIA PA | FERS:   5547.39 | |
| PA | S | 0 | 0 | | | | | | | |

| 21. | Current | Year to Date | 22. |
|---|---|---|---|
| GROSS PAY | 2180.00 | 56597.92 | |
| TAXABLE WAGES | 2024.78 | 53224.74 | |
| NONTAXABLE WAGES | 105.22 | 2623.18 | |
| TAX DEFERRED WAGES | 50.00 | 750.00 | |
| DEDUCTIONS | 1190.56 | 29799.04 | |
| AEIC | | | |
| NET PAY | 989.44 | 27064.28 | |

## CURRENT EARNINGS

| TYPE | HOURS/DAYS | AMOUNT | TYPE | HOURS/DAYS | AMOUNT | TYPE | HOURS/DAYS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| REGULAR PAY | 80.00 | 2180.00 | | | | | | |

## DEDUCTIONS

| TYPE | CODE | CURRENT | YEAR TO DATE | TYPE | CODE | CURRENT | YEAR TO DATE |
|---|---|---|---|---|---|---|---|
| ALLOTMENT,SV | (2) | 640.00 | 16000.00 | DEBT,ROUTINE | Q1 | 10.09 | 265.40 |
| FEGLI | N5 | 9.44 | 235.68 | FEGLI OPTNL | ABC | 10.09 | 225.01 |
| FEHB | 111 | 86.67 | 2160.26 | MEDICARE | | 30.08 | 782.63 |
| OASDI | | 128.63 | 3346.43 | ORG/UNION | V2IA | 23.00 | 575.00 |
| RETIRE, FERS | K | 17.44 | 435.19 | TAX, FEDERAL | | 16.90 | 759.05 |
| TAX, LOCAL | 422049 | 81.75 | 2126.32 | TAX, STATE | PA | 63.70 | 1660.84 |
| TSP LOANS | 113001G | 14.31 | 14.31 | TSP SAVINGS | | 50.00 | 750.00 |
| DENTAL | | 18.55 | 462.92 | | | | |

## LEAVE

| TYPE | PRIOR YR BALANCE | ACCRUED PAY PD | ACCRUED YTD | USED PAY PD | USED YTD | DONATED/ RETURNED | CURRENT BALANCE | USE-LOSE/ TERM DATE |
|---|---|---|---|---|---|---|---|---|
| ANNUAL | 235.00 | 8.00 | 192.00 | 20.00 | 229.75 | | 197.25 | |
| SICK | 90.50 | 4.00 | 96.00 | 10.00 | 140.75 | | 45.75 | |
| TIME OFF AWD | 8.00 | | | | 8.00 | | | |
| HOLIDAY | | | | 10.00 | 100.00 | | | |
| ADMIN | | | | | 10.00 | | | |

## BENEFITS PAID BY GOVERNMENT FOR YOU

| TYPE | CURRENT | YEAR TO DATE | TYPE | CURRENT | YEAR TO DATE |
|---|---|---|---|---|---|
| FEGLI | 4.72 | 117.84 | FEHB | 259.72 | 6473.84 |
| MEDICARE | 30.08 | 782.63 | OASDI | 128.63 | 3346.43 |
| RETIRE, FERS | 401.12 | 10009.45 | TSP BASIC | 21.80 | 543.99 |
| TSP MATCHING | 50.00 | 750.00 | | | |

## REMARKS

YOUR PAYROLL OFFICE ID NUMBER IS 97381600 - DEPARTMENT OF VETERANS AFFAIRS.
FEDERAL EMPLOYEES' HEALTH BENEFITS (FEHB) OPEN SEASON
FROM THE SECOND MONDAY OF NOVEMBER THROUGH THE SECOND MONDAY OF DECEMBER.
PLEASE SUPPORT YOUR COMBINED FEDERAL CAMPAIGN GOING ON NOW
PRETAX FEHB EXCLUSION $    86.67
TSP LOAN PAYMENT CHANGED.
THE BASIC OT RATE IN BOX 6 IS YOUR BASE HOURLY RATE IN BOX 5 TIMES 1.5; HOWEVER, YOUR
ACTUAL OT RATE FOR ANY GIVEN DAY CAN BE AFFECTED BY SHIFT OR OTHER PREMIUM PAY

**THIS REPORT CONTAINS INFORMATION SUBJECT TO THE PRIVACY ACT OF 1974 AS AMENDED**

# DEPARTMENT OF DEFENSE

## CIVILIAN LEAVE AND EARNINGS STATEMENT LES

VISIT THE DFAS WEB SITE AT: WWW.DFAS.MIL

| 1. Pay Period End | 12/16/23 |
| --- | --- |
| 2. Pay Date | 12/22/23 |

| 3. Name | 4. Pay Plan/Grade/Step | 5. Hourly/Daily Rate | 6. Basic OT Rate | 7. Basic Pay + Locality/Market Adj = Adjusted Basic Pay |
| --- | --- | --- | --- | --- |
| KEEL MENUHAH | GS   06   08 | 27.25 | 40.88 | 44484.00   12384.00   56868.00 |

| 8. Soc Sec No | 9. Locality % | 10. FLSA Category | 11. SCD Leave | 12. Max Leave Carry Over | 13. Leave Year End |
| --- | --- | --- | --- | --- | --- |
| ***-**-6548 | 27.84 | N | 12/16/04 | 240 | 01/13/24 |

| 14. Financial Institution - Net Pay | 15. Financial Institution - Allotment #1 | 16. Financial Institution - Allotment #2 |
| --- | --- | --- |
| WELLS FARGO BANK | CAPITAL ONE N.A. | AMERICAN HERITAGE FCU |

| 17. Tax | Marital Status | Exemptions | Add'l | 18. Tax | Marital Status | Exemptions | Add'l | Taxing Authority | 19. Cumulative Retirement | 20. Military Deposit |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| FED | S | 10 | 0 | 422049 | S | 0 | 0 | PHILADELPHIA PA | FERS:  5564.83 | |
| PA | S | 0 | 0 | | | | | | | |

| 21. | Current | Year to Date | 22. |
| --- | --- | --- | --- |
| GROSS PAY | 2180.00 | 58777.92 | |
| TAXABLE WAGES | 2064.78 | 55289.52 | |
| NONTAXABLE WAGES | 105.22 | 2728.40 | |
| TAX DEFERRED WAGES | 10.00 | 760.00 | |
| DEDUCTIONS | 1154.58 | 30953.62 | |
| AEIC | | | |
| NET PAY | 1025.42 | 28089.70 | |

## CURRENT EARNINGS

| TYPE | HOURS/DAYS | AMOUNT | TYPE | HOURS/DAYS | AMOUNT | TYPE | HOURS/DAYS | AMOUNT |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| REGULAR PAY | 80.00 | 2180.00 | | | | | | |

## DEDUCTIONS

| TYPE | CODE | CURRENT | YEAR TO DATE | TYPE | CODE | CURRENT | YEAR TO DATE |
| --- | --- | --- | --- | --- | --- | --- | --- |
| ALLOTMENT,SV | (2) | 640.00 | 16640.00 | DEBT,ROUTINE | Q1 | | 265.40 |
| FEGLI | N5 | 9.44 | 245.12 | FEGLI OPTNL | ABC | 10.09 | 235.10 |
| FEHB | 111 | 86.67 | 2246.93 | MEDICARE | | 30.09 | 812.72 |
| OASDI | | 128.64 | 3475.07 | ORG/UNION | V2IA | 23.00 | 598.00 |
| RETIRE, FERS | K | 17.44 | 452.63 | TAX, FEDERAL | | 20.90 | 779.95 |
| TAX, LOCAL | 422049 | 81.75 | 2208.07 | TAX, STATE | PA | 63.70 | 1724.54 |
| TSP LOANS | 113001G | 14.31 | 28.62 | TSP SAVINGS | | 10.00 | 760.00 |
| DENTAL | | 18.55 | 481.47 | | | | |

## LEAVE

| TYPE | PRIOR YR BALANCE | ACCRUED PAY PD | ACCRUED YTD | USED PAY PD | USED YTD | DONATED/ RETURNED | CURRENT BALANCE | USE-LOSE/ TERM DATE |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| ANNUAL | 235.00 | 8.00 | 200.00 | 1.25 | 231.00 | | 204.00 | |
| SICK | 90.50 | 4.00 | 100.00 | | 140.75 | | 49.75 | |
| TIME OFF AWD | 8.00 | | | | 8.00 | | | |
| HOLIDAY | | | | | 100.00 | | | |
| ADMIN | | | | | 10.00 | | | |

## BENEFITS PAID BY GOVERNMENT FOR YOU

| TYPE | CURRENT | YEAR TO DATE | TYPE | CURRENT | YEAR TO DATE |
| --- | --- | --- | --- | --- | --- |
| FEGLI | 4.72 | 122.56 | FEHB | 259.72 | 6733.56 |
| MEDICARE | 30.09 | 812.72 | OASDI | 128.64 | 3475.07 |
| RETIRE, FERS | 401.12 | 10410.57 | TSP BASIC | 21.80 | 565.79 |
| TSP MATCHING | 10.00 | 760.00 | | | |

## REMARKS

YOUR PAYROLL OFFICE ID NUMBER IS 97381600 - DEPARTMENT OF VETERANS AFFAIRS.
PLEASE SUPPORT YOUR COMBINED FEDERAL CAMPAIGN GOING ON NOW
REMINDER: PLEASE REVIEW YOUR MAILING ADDRESS TO ENSURE IT IS ACCURATE FOR 2023 W2 DELIVERY
REVIEW/UPDATE YOUR ADDRESS AT HTTPS://MYPAY.DFAS.MIL
PRETAX FEHB EXCLUSION $   86.67
TSP/ROTH DEDUCTION ADDED/CHANGED.
THE BASIC OT RATE IN BOX 6 IS YOUR BASE HOURLY RATE IN BOX 5 TIMES 1.5; HOWEVER, YOUR
ACTUAL OT RATE FOR ANY GIVEN DAY CAN BE AFFECTED BY SHIFT OR OTHER PREMIUM PAY

**THIS REPORT CONTAINS INFORMATION SUBJECT TO THE PRIVACY ACT OF 1974 AS AMENDED**

# DEPARTMENT OF DEFENSE

## CIVILIAN LEAVE AND EARNINGS STATEMENT LES

VISIT THE DFAS WEB SITE AT: WWW.DFAS.MIL

| 1. Pay Period End | 12/30/23 |
|---|---|
| 2. Pay Date | 01/05/24 |

| 3. Name | 4. Pay Plan/Grade/Step | 5. Hourly/Daily Rate | 6. Basic OT Rate | 7. Basic Pay + Locality/Market Adj = Adjusted Basic Pay |
|---|---|---|---|---|
| KEEL MENUHAH | GS   06   09 | 27.99 | 41.99 | 45686.00   12719.00   58405.00 |

| 8. Soc Sec No | 9. Locality % | 10. FLSA Category | 11. SCD Leave | 12. Max Leave Carry Over | 13. Leave Year End |
|---|---|---|---|---|---|
| ***-**-6548 | 27.84 | N | 12/16/04 | 240 | 01/13/24 |

| 14. Financial Institution - Net Pay | 15. Financial Institution - Allotment #1 | 16. Financial Institution - Allotment #2 |
|---|---|---|
| CAPITAL ONE N.A. | WELLS FARGO BANK | CAPITAL ONE N.A. |

| 17. Tax | Marital Status | Exemptions | Add'l | 18. Tax | Marital Status | Exemptions | Add'l | Taxing Authority | 19. Cumulative Retirement | 20. Military Deposit |
|---|---|---|---|---|---|---|---|---|---|---|
| FED | S | 10 | 0 | 422049 | S | 0 | 0 | PHILADELPHIA PA | FERS:   5582.74 | |
| PA | S | 0 | 0 | | | | | | | |

| 21. | Current | Year to Date | 22. |
|---|---|---|---|
| GROSS PAY | 2239.20 | 2239.20 | |
| TAXABLE WAGES | 2123.98 | 2123.98 | |
| NONTAXABLE WAGES | 105.22 | 105.22 | |
| TAX DEFERRED WAGES | 10.00 | 10.00 | |
| DEDUCTIONS | 1220.08 | 1220.08 | |
| AEIC | | | |
| NET PAY | 1019.12 | 1019.12 | |

## CURRENT EARNINGS

| TYPE | HOURS/DAYS | AMOUNT | TYPE | HOURS/DAYS | AMOUNT | TYPE | HOURS/DAYS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| REGULAR PAY | 80.00 | 2239.20 | | | | | | |

## DEDUCTIONS

| TYPE | CODE | CURRENT | YEAR TO DATE | TYPE | CODE | CURRENT | YEAR TO DATE |
|---|---|---|---|---|---|---|---|
| ALLOTMENT,SV | (3) | 690.00 | 690.00 | FEGLI | N5 | 9.76 | 9.76 |
| FEGLI OPTNL | ABC | 10.33 | 10.33 | FEHB | 111 | 86.67 | 86.67 |
| MEDICARE | | 30.94 | 30.94 | OASDI | | 132.31 | 132.31 |
| ORG/UNION | V2IA | 23.00 | 23.00 | RETIRE, FERS | K | 17.91 | 17.91 |
| TAX, FEDERAL | | 26.82 | 26.82 | TAX, LOCAL | 422049 | 83.97 | 83.97 |
| TAX, STATE | PA | 65.51 | 65.51 | TSP LOANS | 113001G | 14.31 | 14.31 |
| TSP SAVINGS | | 10.00 | 10.00 | DENTAL | | 18.55 | 18.55 |

## LEAVE

| TYPE | PRIOR YR BALANCE | ACCRUED PAY PD | ACCRUED YTD | USED PAY PD | USED YTD | DONATED/ RETURNED | CURRENT BALANCE | USE-LOSE/ TERM DATE |
|---|---|---|---|---|---|---|---|---|
| ANNUAL | 235.00 | 8.00 | 208.00 | 20.00 | 251.00 | | 192.00 | |
| SICK | 90.50 | 4.00 | 104.00 | 15.00 | 155.75 | | 38.75 | |
| TIME OFF AWD | 8.00 | | | | 8.00 | | | |
| HOLIDAY | | | | 20.00 | 120.00 | | | |
| ADMIN | | | | | 10.00 | | | |

## BENEFITS PAID BY GOVERNMENT FOR YOU

| TYPE | CURRENT | YEAR TO DATE | TYPE | CURRENT | YEAR TO DATE |
|---|---|---|---|---|---|
| FEGLI | 4.88 | 4.88 | FEHB | 259.72 | 259.72 |
| MEDICARE | 30.94 | 30.94 | OASDI | 132.31 | 132.31 |
| RETIRE, FERS | 412.01 | 412.01 | TSP BASIC | 22.39 | 22.39 |
| TSP MATCHING | 10.00 | 10.00 | | | |

## REMARKS

YOUR PAYROLL OFFICE ID NUMBER IS 97381600 - DEPARTMENT OF VETERANS AFFAIRS.
NET PAY BANK/ACCOUNT NUMBER/ACCOUNT TYPE CHANGED.
SAVINGS ALLOTMENT CHANGED, PLEASE VERIFY.
BASIC PAY CHANGED.
PRETAX FEHB EXCLUSION $    86.67
THE BASIC OT RATE IN BOX 6 IS YOUR BASE HOURLY RATE IN BOX 5 TIMES 1.5; HOWEVER, YOUR
ACTUAL OT RATE FOR ANY GIVEN DAY CAN BE AFFECTED BY SHIFT OR OTHER PREMIUM PAY

**THIS REPORT CONTAINS INFORMATION SUBJECT TO THE PRIVACY ACT OF 1974 AS AMENDED**

# DEPARTMENT OF DEFENSE

## CIVILIAN LEAVE AND EARNINGS STATEMENT LES

VISIT THE DFAS WEB SITE AT: WWW.DFAS.MIL

| 1. Pay Period End | 01/13/24 |
| --- | --- |
| 2. Pay Date | 01/19/24 |

| 3. Name | 4. Pay Plan/Grade/Step | 5. Hourly/Daily Rate | 6. Basic OT Rate | 7. Basic Pay + Locality/Market Adj = Adjusted Basic Pay |
| --- | --- | --- | --- | --- |
| KEEL MENUHAH | GS  06  09 | 27.99 | 41.99 | 45686.00   12719.00   58405.00 |

| 8. Soc Sec No | 9. Locality % | 10. FLSA Category | 11. SCD Leave | 12. Max Leave Carry Over | 13. Leave Year End |
| --- | --- | --- | --- | --- | --- |
| ***-**-6548 | 27.84 | N | 12/16/04 | 240 | 01/13/24 |

| 14. Financial Institution - Net Pay | 15. Financial Institution - Allotment #1 | 16. Financial Institution - Allotment #2 |
| --- | --- | --- |
| CAPITAL ONE N.A. | WELLS FARGO BANK | CAPITAL ONE N.A. |

| 17. Tax | Marital Status | Exemptions | Add'l | 18. Tax | Marital Status | Exemptions | Add'l | Taxing Authority | 19. Cumulative Retirement | 20. Military Deposit |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| FED | S | 10 | 0 | 422049 | S | 0 | 0 | PHILADELPHIA PA | FERS:   5600.65 | |
| PA | S | 0 | 0 | | | | | | | |

| 21. | Current | Year to Date | 22. |
| --- | --- | --- | --- |
| GROSS PAY | 2239.20 | 4478.40 | |
| TAXABLE WAGES | 2142.53 | 4266.51 | |
| NONTAXABLE WAGES | 86.67 | 191.89 | |
| TAX DEFERRED WAGES | 10.00 | 20.00 | |
| DEDUCTIONS | 1202.48 | 2422.56 | |
| AEIC | | | |
| NET PAY | 1036.72 | 2055.84 | |

## CURRENT EARNINGS

| TYPE | HOURS/DAYS | AMOUNT | TYPE | HOURS/DAYS | AMOUNT | TYPE | HOURS/DAYS | AMOUNT |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| REGULAR PAY | 80.00 | 2239.20 | | | | | | |

## DEDUCTIONS

| TYPE | CODE | CURRENT | YEAR TO DATE | TYPE | CODE | CURRENT | YEAR TO DATE |
| --- | --- | --- | --- | --- | --- | --- | --- |
| ALLOTMENT,SV | (3) | 690.00 | 1380.00 | FEGLI | N5 | 9.76 | 19.52 |
| FEGLI OPTNL | ABC | 10.33 | 20.66 | FEHB | 111 | 86.67 | 173.34 |
| MEDICARE | | 31.21 | 62.15 | OASDI | | 133.45 | 265.76 |
| ORG/UNION | V2IA | 23.00 | 46.00 | RETIRE, FERS | K | 17.91 | 35.82 |
| TAX, FEDERAL | | 25.79 | 52.61 | TAX, LOCAL | 422049 | 83.97 | 167.94 |
| TAX, STATE | PA | 66.08 | 131.59 | TSP LOANS | 113001G | 14.31 | 28.62 |
| TSP SAVINGS | | 10.00 | 20.00 | DENTAL | | | 18.55 |

## LEAVE

| TYPE | PRIOR YR BALANCE | ACCRUED PAY PD | ACCRUED YTD | USED PAY PD | USED YTD | DONATED/ RETURNED | CURRENT BALANCE | USE-LOSE/ TERM DATE |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| ANNUAL | 235.00 | 8.00 | 216.00 | | 251.00 | | 200.00 | |
| SICK | 90.50 | 4.00 | 108.00 | | 155.75 | | 42.75 | |
| TIME OFF AWD | 8.00 | | | | 8.00 | | | |
| HOLIDAY | | | | 10.00 | 130.00 | | | |
| ADMIN | | | | | 10.00 | | | |

## BENEFITS PAID BY GOVERNMENT FOR YOU

| TYPE | CURRENT | YEAR TO DATE | TYPE | CURRENT | YEAR TO DATE |
| --- | --- | --- | --- | --- | --- |
| FEGLI | 4.88 | 9.76 | FEHB | 259.72 | 519.44 |
| MEDICARE | 31.21 | 62.15 | OASDI | 133.45 | 265.76 |
| RETIRE, FERS | 412.01 | 824.02 | TSP BASIC | 22.39 | 44.78 |
| TSP MATCHING | 10.00 | 20.00 | | | |

## REMARKS

YOUR PAYROLL OFFICE ID NUMBER IS 97381600 - DEPARTMENT OF VETERANS AFFAIRS.
PRETAX FEHB EXCLUSION $    86.67
THE BASIC OT RATE IN BOX 6 IS YOUR BASE HOURLY RATE IN BOX 5 TIMES 1.5; HOWEVER, YOUR
ACTUAL OT RATE FOR ANY GIVEN DAY CAN BE AFFECTED BY SHIFT OR OTHER PREMIUM PAY

**THIS REPORT CONTAINS INFORMATION SUBJECT TO THE PRIVACY ACT OF 1974 AS AMENDED**

## DEPARTMENT OF DEFENSE
# CIVILIAN LEAVE AND EARNINGS STATEMENT LES
### VISIT THE DFAS WEB SITE AT: WWW.DFAS.MIL

| 1. Pay Period End | 02/10/24 |
| --- | --- |
| 2. Pay Date | 02/16/24 |

| 3. Name | 4. Pay Plan/Grade/Step | 5. Hourly/Daily Rate | 6. Basic OT Rate | 7. Basic Pay + Locality/Market Adj = Adjusted Basic Pay |
| --- | --- | --- | --- | --- |
| KEEL MENUHAH | GS   06   09 | 29.47 | 44.21 | 47837.00    13657.00    61494.00 |

| 8. Soc Sec No | 9. Locality % | 10. FLSA Category | 11. SCD Leave | 12. Max Leave Carry Over | 13. Leave Year End |
| --- | --- | --- | --- | --- | --- |
| ***-**-6548 | 28.55 | N | 12/16/04 | 240 | 01/11/25 |

| 14. Financial Institution - Net Pay | 15. Financial Institution - Allotment #1 | 16. Financial Institution - Allotment #2 |
| --- | --- | --- |
| TD BANK, NA | AMERICAN HERITAGE FCU | |

| 17. Tax | Marital Status | Exemptions | Add'l | 18. Tax | Marital Status | Exemptions | Add'l | Taxing Authority | 19. Cumulative Retirement | 20. Military Deposit |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| FED | S | 10 | 0 | 422049 | S | 0 | 0 | PHILADELPHIA PA | FERS:      5638.37 | |
| PA | S | 0 | 0 | | | | | | | |

| 21. | Current | Year to Date | 22. |
| --- | --- | --- | --- |
| GROSS PAY | 2357.60 | 9193.60 | |
| TAXABLE WAGES | 2232.79 | 8732.09 | |
| NONTAXABLE WAGES | 114.81 | 421.51 | |
| TAX DEFERRED WAGES | 10.00 | 40.00 | |
| DEDUCTIONS | 665.57 | 3753.70 | |
| AEIC | | | |
| NET PAY | 1692.03 | 5439.90 | |

### CURRENT EARNINGS

| TYPE | HOURS/DAYS | AMOUNT | TYPE | HOURS/DAYS | AMOUNT | TYPE | HOURS/DAYS | AMOUNT |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| REGULAR PAY | 80.00 | 2357.60 | | | | | | |

### DEDUCTIONS

| TYPE | CODE | CURRENT | YEAR TO DATE | TYPE | CODE | CURRENT | YEAR TO DATE |
| --- | --- | --- | --- | --- | --- | --- | --- |
| ALLOTMENT,SV | (1) | 100.00 | 1580.00 | FEGLI | N5 | 10.24 | 40.00 |
| FEGLI OPTNL | ABC | 10.69 | 42.04 | FEHB | 111 | 95.74 | 364.82 |
| MEDICARE | | 32.53 | 127.20 | OASDI | | 139.05 | 543.87 |
| ORG/UNION | V2IA | 23.00 | 92.00 | RETIRE, FERS | K | 18.86 | 73.54 |
| TAX, FEDERAL | | 34.82 | 122.25 | TAX, LOCAL | 422049 | 88.41 | 344.76 |
| TAX, STATE | PA | 68.85 | 269.29 | TSP LOANS | 113001G | 14.31 | 57.24 |
| TSP SAVINGS | | 10.00 | 40.00 | DENTAL | | 19.07 | 56.69 |

### LEAVE

| TYPE | PRIOR YR BALANCE | ACCRUED PAY PD | ACCRUED YTD | USED PAY PD | USED YTD | DONATED/ RETURNED | CURRENT BALANCE | USE-LOSE/ TERM DATE |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| ANNUAL | 200.00 | 8.00 | 16.00 | | 22.00 | | 194.00 | 146.00 |
| SICK | 42.75 | 4.00 | 8.00 | 10.00 | 10.00 | | 40.75 | |
| TIME OFF AWD | 8.00 | | | | 8.00 | | | |

### BENEFITS PAID BY GOVERNMENT FOR YOU

| TYPE | CURRENT | YEAR TO DATE | TYPE | CURRENT | YEAR TO DATE |
| --- | --- | --- | --- | --- | --- |
| FEGLI | 5.12 | 20.00 | FEHB | 271.43 | 1062.30 |
| MEDICARE | 32.53 | 127.20 | OASDI | 139.05 | 543.87 |
| RETIRE, FERS | 433.80 | 1691.62 | TSP BASIC | 23.58 | 91.94 |
| TSP MATCHING | 10.00 | 40.00 | | | |

### REMARKS

YOUR PAYROLL OFFICE ID NUMBER IS 97381600 - DEPARTMENT OF VETERANS AFFAIRS.
GOVTA EMPLOYEE TRAINING IS NOW AVAILABLE ON TMS: "INTRODUCTION TOGOVTA" (TMS ID: 4640378)
HTTPS://DVAGOV.SHAREPOINT.COM/SITES/OITFSCVATASSUPPORT/SITEPAGES/GOVTA-COMMUNICATI.ASPX
EMPLOYEES CAN ACCESS GOVTA VIA SINGLE SIGN-ON OR THEIR EXISTING  VATAS CREDENTIALS.
NET PAY BANK/ACCOUNT NUMBER/ACCOUNT TYPE CHANGED.
SAVINGS ALLOTMENT CHANGED, PLEASE VERIFY.
PRETAX FEHB EXCLUSION $    95.74
THE BASIC OT RATE IN BOX 6 IS YOUR BASE HOURLY RATE IN BOX 5 TIMES 1.5; HOWEVER, YOUR
ACTUAL OT RATE FOR ANY GIVEN DAY CAN BE AFFECTED BY SHIFT OR OTHER PREMIUM PAY

**THIS REPORT CONTAINS INFORMATION SUBJECT TO THE PRIVACY ACT OF 1974 AS AMENDED**

# DEPARTMENT OF DEFENSE

## CIVILIAN LEAVE AND EARNINGS STATEMENT LES

VISIT THE DFAS WEB SITE AT: WWW.DFAS.MIL

| | | |
|---|---|---|
| 3. Name<br>KEEL MENUHAH | 4. Pay Plan/Grade/Step<br>GS    06    09 | 5. Hourly/Daily Rate<br>29.47 |
| 6. Basic OT Rate<br>44.21 | 7. Basic Pay + Locality/Market Adj = Adjusted Basic Pay<br>47837.00    13657.00    61494.00 | 1. Pay Period End<br>02/24/24 |
| 8. Soc Sec No<br>***-**-6548 | 9. Locality %<br>28.55 | 10. FLSA Category<br>N |
| 11. SCD Leave<br>12/16/04 | 12. Max Leave Carry Over<br>240 | 13. Leave Year End<br>01/11/25 |
| | | 2. Pay Date<br>03/01/24 |

| 14. Financial Institution - Net Pay | 15. Financial Institution - Allotment #1 | 16. Financial Institution - Allotment #2 |
|---|---|---|
| AMERICAN HERITAGE FCU | TD BANK, NA | |

| 17. Tax | Marital Status | Exemptions | Add'l | 18. Tax | Marital Status | Exemptions | Add'l | Taxing Authority | 19. Cumulative Retirement | 20. Military Deposit |
|---|---|---|---|---|---|---|---|---|---|---|
| FED | S | 10 | 0 | 422049 | S | 0 | 0 | PHILADELPHIA PA | FERS:    5657.23 | |
| PA | S | 0 | 0 | | | | | | | |

| 21. | Current | Year to Date | 22. |
|---|---|---|---|
| GROSS PAY | 2357.60 | 11551.20 | |
| TAXABLE WAGES | 2232.79 | 10964.88 | |
| NONTAXABLE WAGES | 114.81 | 536.32 | |
| TAX DEFERRED WAGES | 10.00 | 50.00 | |
| DEDUCTIONS | 665.56 | 4419.26 | |
| AEIC | | | |
| NET PAY | 1692.04 | 7131.94 | |

## CURRENT EARNINGS

| TYPE | HOURS/DAYS | AMOUNT | TYPE | HOURS/DAYS | AMOUNT | TYPE | HOURS/DAYS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| REGULAR PAY | 80.00 | 2357.60 | | | | | | |

## DEDUCTIONS

| TYPE | CODE | CURRENT | YEAR TO DATE | TYPE | CODE | CURRENT | YEAR TO DATE |
|---|---|---|---|---|---|---|---|
| ALLOTMENT,SV | (1) | 100.00 | 1680.00 | FEGLI | N5 | 10.24 | 50.24 |
| FEGLI OPTNL | ABC | 10.69 | 52.73 | FEHB | 111 | 95.74 | 460.56 |
| MEDICARE | | 32.52 | 159.72 | OASDI | | 139.05 | 682.92 |
| ORG/UNION | V2IA | 23.00 | 115.00 | RETIRE, FERS | K | 18.86 | 92.40 |
| TAX, FEDERAL | | 34.82 | 157.07 | TAX, LOCAL | 422049 | 88.41 | 433.17 |
| TAX, STATE | PA | 68.85 | 338.14 | TSP LOANS | 113001G | 14.31 | 71.55 |
| TSP SAVINGS | | 10.00 | 50.00 | DENTAL | | 19.07 | 75.76 |

## LEAVE

| TYPE | PRIOR YR BALANCE | ACCRUED PAY PD | ACCRUED YTD | USED PAY PD | USED YTD | DONATED/ RETURNED | CURRENT BALANCE | USE-LOSE/ TERM DATE |
|---|---|---|---|---|---|---|---|---|
| ANNUAL | 200.00 | 8.00 | 24.00 | 20.00 | 42.00 | | 182.00 | 126.00 |
| SICK | 42.75 | 4.00 | 12.00 | | 10.00 | | 44.75 | |
| TIME OFF AWD | 8.00 | | | | 8.00 | | | |
| HOLIDAY | | | | 10.00 | 10.00 | | | |

## BENEFITS PAID BY GOVERNMENT FOR YOU

| TYPE | CURRENT | YEAR TO DATE | TYPE | CURRENT | YEAR TO DATE |
|---|---|---|---|---|---|
| FEGLI | 5.12 | 25.12 | FEHB | 271.43 | 1333.73 |
| MEDICARE | 32.52 | 159.72 | OASDI | 139.05 | 682.92 |
| RETIRE, FERS | 433.80 | 2125.42 | TSP BASIC | 23.58 | 115.52 |
| TSP MATCHING | 10.00 | 50.00 | | | |

## REMARKS

YOUR PAYROLL OFFICE ID NUMBER IS 97381600 - DEPARTMENT OF VETERANS AFFAIRS.
NET PAY BANK/ACCOUNT NUMBER/ACCOUNT TYPE CHANGED.
SAVINGS ALLOTMENT CHANGED, PLEASE VERIFY.
PRETAX FEHB EXCLUSION $    95.74
THE BASIC OT RATE IN BOX 6 IS YOUR BASE HOURLY RATE IN BOX 5 TIMES 1.5; HOWEVER, YOUR
ACTUAL OT RATE FOR ANY GIVEN DAY CAN BE AFFECTED BY SHIFT OR OTHER PREMIUM PAY

**THIS REPORT CONTAINS INFORMATION SUBJECT TO THE PRIVACY ACT OF 1974 AS AMENDED**