B 2100A Form (2100A) (12/15)

# United States Bankruptcy Court

EASTERN DISTRICT OF PA

In Re:  
MENUHAH KEEL

Case No. 2410410

**TRANSFER OF CLAIM OTHER THAN FOR SECURITY**

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111 (a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

PRA Receivables Management, LLC., as agent of  
Portfolio Recovery Associates, LLC  
-------------------------------------------  
Name of Transferee

LendingClub Bank, NA  
-------------------------------------------  
Name of Transferor

Name and Address where notices to transferee should be sent:  
Portfolio Recovery Associates, LLC  
POB 41067  
Norfolk, VA 23541

Court Claim # (if known): 15  
Amount of Claim: $8,102.66  
Date Claim Filed: 04/10/2024

Phone: (877)829-8298  
Last Four Digits of Acct #: 3567

Phone:  
Last Four Digits of Acct #: 3567

Name and Address where transferee payments should be sent (if different from above):  
Portfolio Recovery Associates, LLC  
POB 12914  
Norfolk, VA 23541

Seller Information  
LENDINGCLUB CORPORATION AS SERVICER  
FOR HCG CONSUMER CREDIT II TRUST  
595 MARKET STREET  
SUITE 200  
SAN FRANCISCO CA 94105

Phone: (877)829-8298  
Last Four Digits of Acct #: 3567

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Alinecia Williams  
     -------------------------------------------  
     Transferee/Transferee's Agent  
Email: Bankruptcy_Info@prareceivables.com

Date: 6/27/2024

*Penalty for making a false statement*: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571

# BILL OF SALE

LendingClub Corporation, a Delaware corporation ("**LendingClub**") and Portfolio Recovery Associates, LLC, a Delaware limited liability company ("**Buyer**") executed a Chapter 13 Account Purchase Agreement – Forward Flow dated as of June 18, 2020 ("Agreement"). The terms of the Agreement will govern this Bill of Sale and any capitalized but undefined terms herein will have the meanings given to such terms in the Agreement.

For value received and in further consideration of the mutual covenants and conditions set forth in the Agreement, the Investors referenced in the data file named ▮▮▮▮▮ hereby transfer(s), sell(s), conveys(s), grant(s), and deliver(s) to Buyer, its successors and assigns, without recourse except as set forth in the Agreement, to the extent of its ownership, the Accounts as set forth in the Account Schedule attached hereto as Exhibit I delivered by Seller to Buyer on the Closing Date, and as further described in the Agreement.

Pursuant to the Agreement, on May 28, 2024, the Closing Date, each Investor will sell (or cause to be sold) a pool of Accounts held by such Investors and described in the Account Schedule attached to this Bill of Sale.

LendingClub represents and warrants that each of the undersigned (other than LendingClub) has authorized LendingClub to execute this Bill of Sale on their behalf and take any action and execute any instruments or documents that LendingClub may deem reasonably necessary or advisable in connection with the transfers contemplated thereby.

Lot Number: 24-506

DATED: May 28, 2024

SELLER: LC Trust I

By: LENDINGCLUB CORPORATION, as Administrator

By: _Drew LaBenne_ (DocuSigned, 50ED75384EE849A)
Name (print): Andrew LaBenne
Title: Chief Financial Officer

SELLER: LendingClub Corporation

By: _Drew LaBenne_ (DocuSigned, 50ED75384EE849A)
Name (print): Andrew LaBenne
Title: Chief Financial Officer

SELLER: Alliant Credit Union

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: *Drew LaBenne*
Name (print): Andrew LaBenne
Title: Chief Financial Officer

SELLER: Banco Popular de Puerto Rico

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: *Drew LaBenne*
Name (print): Andrew LaBenne
Title: Chief Financial Officer

SELLER: Bank of Bennington

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: *Drew LaBenne*
Name (print): Andrew LaBenne
Title: Chief Financial Officer

SELLER: BankNewport

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: *Drew LaBenne*
Name (print): Andrew LaBenne
Title: Chief Financial Officer

SELLER: CIGPF I Corp.

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: *Drew LaBenne*
Name (print): Andrew LaBenne
Title: Chief Financial Officer

SELLER: Consumer Loan Underlying Bond (CLUB) Certificate Issuer Trust I, Series 2019-29

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: *Drew LaBenne*
Name (print): Andrew LaBenne
Title: Chief Financial Officer

SELLER: DL Investment Sarl, Compartment Moonstone 1

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: _Drew LaBenne_ _____
Name (print): Andrew LaBenne
Title: Chief Financial Officer

SELLER: Dynamic Credit Loan Investment DAC

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: _Drew LaBenne_ _____
Name (print): Andrew LaBenne
Title: Chief Financial Officer

SELLER: Fasanara Apex I

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: _Drew LaBenne_ _____
Name (print): Andrew LaBenne
Title: Chief Financial Officer

SELLER: Fasanara Apex III

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: _Drew LaBenne_ _____
Name (print): Andrew LaBenne
Title: Chief Financial Officer

SELLER: Forbright Bank

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: _Drew LaBenne_ _____
Name (print): Andrew LaBenne
Title: Chief Financial Officer

SELLER: HCG Consumer Credit II Trust

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: _Drew LaBenne_ _____
Name (print): Andrew LaBenne
Title: Chief Financial Officer

SELLER: HCL Trust I

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: *Drew LaBenne*
Name (print): Andrew LaBenne
Title: Chief Financial Officer

SELLER: Heritage Bank N.A.

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: *Drew LaBenne*
Name (print): Andrew LaBenne
Title: Chief Financial Officer

SELLER: IBI Consumer Credit, LP

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: *Drew LaBenne*
Name (print): Andrew LaBenne
Title: Chief Financial Officer

SELLER: Jonesboro State Bank

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: *Drew LaBenne*
Name (print): Andrew LaBenne
Title: Chief Financial Officer

SELLER: KIWI SPV 2019, LLC

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: *Drew LaBenne*
Name (print): Andrew LaBenne
Title: Chief Financial Officer

SELLER: LendingClub Bank

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: *Drew LaBenne*
Name (print): Andrew LaBenne
Title: Chief Financial Officer

SELLER: LendingClub Loan Certificate Issuer Trust, Series 2022-NP4

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: *Drew LaBenne*

Name (print): Andrew LaBenne
Title: Chief Financial Officer

SELLER: LendingClub Loan Certificate Issuer Trust, Series 2022-NP5

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: *Drew LaBenne*

Name (print): Andrew LaBenne
Title: Chief Financial Officer

SELLER: LendingClub Receivables Trust, Series 2020-3

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: *Drew LaBenne*

Name (print): Andrew LaBenne
Title: Chief Financial Officer

SELLER: LendingClub Structured Loan Certificate Issue Trust, Series 2023-P1

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: *Drew LaBenne*

Name (print): Andrew LaBenne
Title: Chief Financial Officer

SELLER: LendingClub Structured Loan Certificate Issuer Trust Series, 2023-P8

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: *Drew LaBenne*

Name (print): Andrew LaBenne
Title: Chief Financial Officer

SELLER: LendingClub Structured Loan Certificate Issuer Trust, Series 2023-P10

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: *Drew LaBenne*
Name (print): Andrew LaBenne
Title: Chief Financial Officer

SELLER: LendingClub Structured Loan Certificate Issuer Trust, Series 2023-P14

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: *Drew LaBenne*
Name (print): Andrew LaBenne
Title: Chief Financial Officer

SELLER: LendingClub Structured Loan Certificate Issuer Trust, Series 2023-P3

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: *Drew LaBenne*
Name (print): Andrew LaBenne
Title: Chief Financial Officer

SELLER: LendingClub Structured Loan Certificate Issuer Trust, Series 2023-P5

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: *Drew LaBenne*
Name (print): Andrew LaBenne
Title: Chief Financial Officer

SELLER: Lendingclub Structured Loan Certificate Issuer Trust, Series 2023-P6

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: *Drew LaBenne*
Name (print): Andrew LaBenne
Title: Chief Financial Officer

SELLER: LendingClub Structured Loan Certificate Issuer Trust, Series 2023-P9

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: _/s/ Drew LaBenne_____
Name (print): Andrew LaBenne
Title: Chief Financial Officer

SELLER: Leo Acquisitions OV Trust

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: _/s/ Drew LaBenne_____
Name (print): Andrew LaBenne
Title: Chief Financial Officer

SELLER: Libra Acquisitions OV Trust

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: _/s/ Drew LaBenne_____
Name (print): Andrew LaBenne
Title: Chief Financial Officer

SELLER: Lynx 1 Note Issuer Trust

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: _/s/ Drew LaBenne_____
Name (print): Andrew LaBenne
Title: Chief Financial Officer

SELLER: Lyric Acquisitions OV Trust

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: _/s/ Drew LaBenne_____
Name (print): Andrew LaBenne
Title: Chief Financial Officer

SELLER: MPLI Capital Holdings

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: _/s/ Drew LaBenne_____
Name (print): Andrew LaBenne
Title: Chief Financial Officer

SELLER: NBSF Canada 2021 Trust, Series 2021-1

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: _Drew LaBenne_
Name (print): Andrew LaBenne
Title: Chief Financial Officer

SELLER: NBSFFIO 2021 Trust, Series 2021-1

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: _Drew LaBenne_
Name (print): Andrew LaBenne
Title: Chief Financial Officer

SELLER: Oceanview LC Acquisition Trust

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: _Drew LaBenne_
Name (print): Andrew LaBenne
Title: Chief Financial Officer

SELLER: Pagaya AI Debt Grantor Trust 2021-4

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: _Drew LaBenne_
Name (print): Andrew LaBenne
Title: Chief Financial Officer

SELLER: Pagaya AI Debt Grantor Trust 2022-1

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: _Drew LaBenne_
Name (print): Andrew LaBenne
Title: Chief Financial Officer

SELLER: Pagaya AI Debt Grantor Trust 2022-2

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: _Drew LaBenne_
Name (print): Andrew LaBenne
Title: Chief Financial Officer

SELLER: Pagaya AI Debt Grantor Trust 2022-3

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: *Drew LaBenne*
Name (print): Andrew LaBenne
Title: Chief Financial Officer

SELLER: Pagaya AI Debt Grantor Trust 2022-4

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: *Drew LaBenne*
Name (print): Andrew LaBenne
Title: Chief Financial Officer

SELLER: Pagaya AI Debt Grantor Trust 2023-1

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: *Drew LaBenne*
Name (print): Andrew LaBenne
Title: Chief Financial Officer

SELLER: Pagaya AI Debt Grantor Trust 2023-2

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: *Drew LaBenne*
Name (print): Andrew LaBenne
Title: Chief Financial Officer

SELLER: Pagaya AI Debt Grantor Trust 2023-3

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: *Drew LaBenne*
Name (print): Andrew LaBenne
Title: Chief Financial Officer

SELLER: Pagaya AI Debt Selection Grantor Trust 2019-1

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: *Drew LaBenne*
Name (print): Andrew LaBenne
Title: Chief Financial Officer

SELLER: Pagaya AI Debt Selection Grantor Trust 2020-2

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: *Drew LaBenne*
Name (print): Andrew LaBenne
Title: Chief Financial Officer

SELLER: Pagaya AI Debt Selection Grantor Trust 2020-4

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: *Drew LaBenne*
Name (print): Andrew LaBenne
Title: Chief Financial Officer

SELLER: Pagaya AI Debt Selection Grantor Trust 2021-1

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: *Drew LaBenne*
Name (print): Andrew LaBenne
Title: Chief Financial Officer

SELLER: Pagaya AI Debt Selection Grantor Trust 2021-2

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: *Drew LaBenne*
Name (print): Andrew LaBenne
Title: Chief Financial Officer

SELLER: Pagaya AI Debt Selection Grantor Trust 2021-HG1

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: *Drew LaBenne*
Name (print): Andrew LaBenne
Title: Chief Financial Officer

SELLER: Pagaya Funding Trust II

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: *Drew LaBenne*
Name (print): Andrew LaBenne
Title: Chief Financial Officer

SELLER: Phoenix Value P2P, LP

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: *Drew LaBenne*
Name (print): Andrew LaBenne
Title: Chief Financial Officer

SELLER: Popular Bank

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: *Drew LaBenne*
Name (print): Andrew LaBenne
Title: Chief Financial Officer

SELLER: Santander Bank, N.A.

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: *Drew LaBenne*
Name (print): Andrew LaBenne
Title: Chief Financial Officer

SELLER: Seattle Bank

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: *Drew LaBenne*
Name (print): Andrew LaBenne
Title: Chief Financial Officer

SELLER: Sierra Trust

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: *Drew LaBenne*
Name (print): Andrew LaBenne
Title: Chief Financial Officer

SELLER: SPC Receivables Funding II Trust

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: *Drew LaBenne*
Name (print): Andrew LaBenne
Title: Chief Financial Officer

SELLER: Theorem Grantor Trust 2021-1

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: *Drew LaBenne*
Name (print): Andrew LaBenne
Title: Chief Financial Officer

SELLER: Theorem Grantor Trust 2022-1

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: *Drew LaBenne*
Name (print): Andrew LaBenne
Title: Chief Financial Officer

SELLER: Theorem Grantor Trust 2022-3

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: *Drew LaBenne*
Name (print): Andrew LaBenne
Title: Chief Financial Officer

SELLER: Theorem Grantor Trust 2023-1

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: *Drew LaBenne*
Name (print): Andrew LaBenne
Title: Chief Financial Officer

SELLER: Theorem Main Fund Trust I

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: *Drew LaBenne*
Name (print): Andrew LaBenne
Title: Chief Financial Officer

SELLER: Theorem Main Master Fund LP

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: *Drew LaBenne*
Name (print): Andrew LaBenne
Title: Chief Financial Officer

SELLER: Theorem Prime+ Yield Fund Master LP

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: *Drew LaBenne*
Name (print): Andrew LaBenne
Title: Chief Financial Officer

SELLER: UMB Bank, NA, as the Ttee of PML Trust I

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: *Drew LaBenne*
Name (print): Andrew LaBenne
Title: Chief Financial Officer

SELLER: Wilmington Savings Fund Society, FSB, as the Ttee for Alternative Lending Holdings Trust III

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: *Drew LaBenne*
Name (print): Andrew LaBenne
Title: Chief Financial Officer

SELLER: Wilmington Savings Fund Society, FSB, as the Ttee for Diversified Alternatives Holdings Trust

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: *Drew LaBenne*
Name (print): Andrew LaBenne
Title: Chief Financial Officer

SELLER: Wilmington Savings Fund Society, FSB, as the Ttee for Loan Asset Holdings II Trust 2020-1

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: *Drew LaBenne*
Name (print): Andrew LaBenne
Title: Chief Financial Officer

SELLER: Wilmington Savings Fund Society, FSB, as the Ttee for Loan Asset Holdings II Trust 2021-1

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: *Drew LaBenne*
Name (print): Andrew LaBenne
Title: Chief Financial Officer

SELLER: Wilmington Savings Fund Society, FSB, as the Ttee for Loan Asset Holdings Trust 2020-2

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: *Drew LaBenne*
Name (print): Andrew LaBenne
Title: Chief Financial Officer

SELLER: Wilmington Savings Fund Society, FSB, as the Ttee for Loan Asset Holdings Trust 2022-1

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: *Drew LaBenne*
Name (print): Andrew LaBenne
Title: Chief Financial Officer

SELLER: Wilmington Savings Fund Society, FSB, as the Ttee of Alternative Lending Holdings Trust II

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: *Drew LaBenne*
Name (print): Andrew LaBenne
Title: Chief Financial Officer

SELLER: Wilmington Savings Fund Society, FSB, as the Ttee of Alternative Lending Holdings Trust IV

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: *Drew LaBenne*
Name (print): Andrew LaBenne
Title: Chief Financial Officer

SELLER: Wilmington Savings Fund Society, FSB, as Ttee for Loan Asset Holdings Trust 2021 M-1

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: *Drew LaBenne*
Name (print): Andrew LaBenne
Title: Chief Financial Officer

SELLER: Wilmington Savings Fund Society, FSB, as Ttee for Loan Asset Holdings Trust 2021 M-2

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: *Drew LaBenne*
Name (print): Andrew LaBenne
Title: Chief Financial Officer

SELLER: Wilmington Savings Fund Society, FSB, as Ttee for Loan Asset Holdings Trust II 2023-1

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: *Drew LaBenne*
Name (print): Andrew LaBenne
Title: Chief Financial Officer

SELLER: Wilmington Savings Fund Society, FSB, as Ttee of Loan Asset Holdings Trust 2020 M-1

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: *Drew LaBenne*
Name (print): Andrew LaBenne
Title: Chief Financial Officer

SELLER: Wilmington Savings Fund Society, FSB,
Loan Asset Holdings Trust 2020-1

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: /s/ Drew LaBenne
Name (print): Andrew LaBenne
Title: Chief Financial Officer