# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Menuhah Keel,<br><br>               *Debtor*. | Case No. 23-10410-AMC<br>Chapter 13 |

## Certificate of Service

I certify that on this date, I did cause a copy of the document described below to be electronically served on all parties on the clerk's service list that are registered to receive notices through the CM/ECF system.

- Third Amended Chapter 13 Plan

I further certify that on this date, I did cause a copy of the document described above to be served for delivery by the United States Postal Service, via first class mail, postage prepaid to the following parties:

| City of Philadelphia | Ally | PennyMac Loan Services, LLC |
| Municipal Services Building | Dept. APS | P.O. Box 2410 |
| 1401 John F Kennedy Blvd Fl 5 | 4515 N. Santa Fe Ave. | Moorpark, CA 93020 |
| Philadelphia, PA 19102-1617 | Oklahoma City, OK 73118 | |

Date: November 8, 2024

/s/ Michael A. Cibik
Michael A. Cibik (#23110)
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com