United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 24-10410-amc |
| Menuhah Keel | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 5 |
| Date Rcvd: Nov 13, 2024 | Form ID: 155 | Total Noticed: 71 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 15, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Menuhah Keel, 5234 N 10th St, Philadelphia, PA 19141-4010 |
| 14853169 | Gregg L. Morris, 2400 Ansys Dr Ste 402b, Canonsburg, PA 15317-0403 |
| 14853181 | Philadelphia Municipal Court, Traffic Division, 800 Spring Garden St, Philadelphia, PA 19123-2616 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14853146 | | Email/Text: bncnotifications@pheaa.org | Nov 14 2024 00:23:00 | AES/PNC Bank, Attn: Bankruptcy, PO Box 2461, Harrisburg, PA 17105-2461 |
| 14853147 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Nov 14 2024 00:29:24 | Affirm, Inc., Attn: Bankruptcy Attn: Bankruptcy, 30 Isabella St , Floor 4, Pittsburgh, PA 15212-5862 |
| 14854302 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Nov 14 2024 00:41:36 | Ally Capital, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14871006 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Nov 14 2024 00:30:39 | Ally Capital c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14853148 | | Email/Text: ally@ebn.phinsolutions.com | Nov 14 2024 00:23:00 | Ally Financial, Inc, 500 Woodward Ave, Detroit, MI 48226-3416 |
| 14853149 | | Email/Text: bncnotifications@pheaa.org | Nov 14 2024 00:23:00 | American Education Services/PHEAA, Attn: Bankruptcy Dept, PO Box 2461, Harrisburg, PA 17105-2461 |
| 14853150 | + | Email/Text: jvalencia@amhfcu.org | Nov 14 2024 00:23:00 | American Heritage Federal Credit Union, Attn: Bankruptcy, 2060 Red Lion Rd, Philadelphia, PA 19115-1699 |
| 14853151 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Nov 14 2024 00:23:00 | Bank of America, Attn: Bankruptcy, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 14874856 | | Email/Text: creditcardbkcorrespondence@bofa.com | Nov 14 2024 00:23:00 | Bank of America, N.A., PO Box 673033, Dallas, TX 75267-3033 |
| 14864593 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 14 2024 00:30:12 | CACH, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14853156 | | Email/Text: megan.harper@phila.gov | Nov 14 2024 00:23:00 | City of Philadelphia, Municipal Services Building, 1401 John F Kennedy Blvd Fl 5, Philadelphia, PA 19102-1617 |
| 14889184 | | Email/Text: megan.harper@phila.gov | | |

| | | | |
|---|---|---|---|
| | | Nov 14 2024 00:23:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14853152 | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 14 2024 00:41:23 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 14864494 | + Email/PDF: ebn_ais@aisinfo.com | Nov 14 2024 00:29:45 | Capital One, N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14853154 | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 14 2024 00:29:27 | Citibank, Citicorp Cr Srvs/Centralized Bankruptcy, PO Box 790040, St Louis, MO 63179-0040 |
| 14853155 | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 14 2024 00:29:48 | Citibank/The Home Depot, Citicorp Cr Srvs/Centralized Bankruptcy, PO Box 790040, St Louis, MO 63179-0040 |
| 14853157 | Email/Text: bankruptcy@philapark.org | Nov 14 2024 00:23:00 | City of Philadelphia, Parking Violation Branch, PO Box 41819, Philadelphia, PA 19101-1819 |
| 14853158 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 14 2024 00:23:00 | Comenity Bank/Ashley Stewart, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 14853159 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 14 2024 00:23:00 | Comenity Bank/Lane Bryant, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 14853160 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 14 2024 00:23:00 | Comenity Bank/Torrid, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 14853161 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 14 2024 00:23:00 | Comenity/MPRC, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 14853162 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 14 2024 00:23:00 | Comenity/Simply Be, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 14853163 | ^ MEBN | Nov 14 2024 00:19:01 | Cornerstone, Po Box 82561, Lincoln, NE 68501-2561 |
| 14853164 | Email/PDF: creditonebknotifications@resurgent.com | Nov 14 2024 00:30:10 | Credit One Bank, Attn: Bankruptcy, 6801 S Cimarron Rd, Las Vegas, NV 89113-2273 |
| 14853165 | Email/Text: mrdiscen@discover.com | Nov 14 2024 00:23:00 | Discover Financial, Attn: Bankruptcy, 2500 Lake Cook Rd, Riverwoods, IL 60015-3851 |
| 14853166 | Email/Text: BNSFN@capitalsvcs.com | Nov 14 2024 00:23:00 | First National Bank/Legacy, Attn: Bankruptcy, PO Box 5097, Sioux Falls, SD 57117-5097 |
| 14859683 | Email/Text: bankruptcy@greenskycredit.com | Nov 14 2024 00:23:00 | Greensky,LLC, 3155 Royal Drive Suite 175, Alpharetta, GA 30022 |
| 14853167 | + Email/Text: GenesisFS@ebn.phinsolutions.com | Nov 14 2024 00:23:00 | Genesis Financial, Genesis FS Card Services, PO Box 4477, Beaverton, OR 97076-4401 |
| 14853168 | Email/Text: bankruptcy@greenskycredit.com | Nov 14 2024 00:23:00 | GreenSky, Attn: Bankruptcy 5565 Glenridge Con #700, Columbus, GA 30342 |
| 14853170 | Email/Text: sbse.cio.bnc.mail@irs.gov | Nov 14 2024 00:23:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14853153 | Email/PDF: ais.chase.ebn@aisinfo.com | Nov 14 2024 00:30:39 | Chase Card Services, Attn: Bankruptcy P.O. 15298, Wilmington, DE 19850 |
| 14860984 | + Email/Text: RASEBN@raslg.com | Nov 14 2024 00:23:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz, Schneid,, Crane & Partners, PLLC, 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 14853171 | Email/Text: PBNCNotifications@peritusservices.com | Nov 14 2024 00:23:00 | Kohls/Capital One, Attn: Credit Administrator, PO Box 3043, Milwaukee, WI 53201-3043 |
| 14873259 | Email/PDF: resurgentbknotifications@resurgent.com | Nov 14 2024 00:30:39 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14853172 | + Email/Text: Documentfiling@lciinc.com | | |

| Recipient ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Nov 14 2024 00:23:00 | Lendclub Bnk, Attn: Bankruptcy Attn: Bankruptcy, 595 Market Street, Suite 200, San Francisco, CA 94105-2802 |
| 14872759 | + | Email/Text: Documentfiling@lciinc.com | Nov 14 2024 00:23:00 | LendingClub Bank, NA, P.O. BOX 884268, Los Angeles, CA 90088-4268 |
| 14860522 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Nov 14 2024 00:29:11 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14864432 | + | Email/Text: bankruptcydpt@mcmcg.com | Nov 14 2024 00:23:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 14853173 | + | Email/Text: bankruptcydpt@mcmcg.com | Nov 14 2024 00:23:00 | Midland Credit Mgmt, Attn: Bankruptcy, PO Box 939069, San Diego, CA 92193-9069 |
| 14853174 | | Email/Text: bankruptcydpt@mcmcg.com | Nov 14 2024 00:23:00 | Midland Funding, Attn: Bankruptcy, 350 Camino De La Reina Ste 100, San Diego, CA 92108-3007 |
| 14853175 | | Email/Text: bankruptcy@oliphantfinancial.com | Nov 14 2024 00:23:00 | Oliphant Usa, Attn: Bankruptcy Attn: Bankruptcy, 1800 2nd St, Ste 603, Sarasota, FL 34236 |
| 14853176 | | Email/Text: fesbank@attorneygeneral.gov | Nov 14 2024 00:23:00 | Pennsylvania Attorney General, 16th Floor, Strawberry Square, Harrisburg, PA 17120-0001 |
| 14853180 | ^ | MEBN | Nov 14 2024 00:18:50 | PGW, Legal - Bankruptcy Unit, 800 W. Montgomery Avenue Dept. 3rd Floor, Philadelphia, PA 19122-2806 |
| 14874493 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 14 2024 00:30:11 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 14853177 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Nov 14 2024 00:23:00 | Pennsylvania Department of Revenue, Bankruptcy Division, 1 Revenue Pl, Harrisburg, PA 17129-0001 |
| 14853178 | ^ | MEBN | Nov 14 2024 00:18:55 | Pennsylvania Office of General Counsel, 333 Market St Fl 17, Harrisburg, PA 17101-2210 |
| 14867827 | + | Email/PDF: ebnotices@pnmac.com | Nov 14 2024 00:29:27 | PennyMac Loan Services, LLC, P.O. Box 2410, Moorpark, CA 93020-2410 |
| 14853182 | | Email/Text: bankruptcy@philapark.org | Nov 14 2024 00:23:00 | Philadelphia Parking Authority, Bankruptcy Department, 701 Market St, Philadelphia, PA 19106-1538 |
| 14872936 | | Email/Text: bnc-quantum@quantum3group.com | Nov 14 2024 00:23:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14853184 | | Email/PDF: ais.sync.ebn@aisinfo.com | Nov 14 2024 00:30:34 | Syncb/Paypalsmartconn, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 14853185 | | Email/PDF: ais.sync.ebn@aisinfo.com | Nov 14 2024 00:29:21 | Syncb/Walmart, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 14874854 | + | Email/PDF: ebn_ais@aisinfo.com | Nov 14 2024 00:30:13 | Synchrony Bank, by AIS InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14853186 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Nov 14 2024 00:29:24 | Synchrony Bank/ Old Navy, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14853187 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Nov 14 2024 00:41:43 | Synchrony Bank/Amazon, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14853188 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Nov 14 2024 00:41:21 | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14853189 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Nov 14 2024 00:41:37 | Synchrony Bank/QVC, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14853190 | | Email/PDF: ais.sync.ebn@aisinfo.com | Nov 14 2024 00:30:47 | Synchrony/PayPal Credit, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 14872635 | | Email/Text: bncmail@w-legal.com | Nov 14 2024 00:23:00 | TD Bank USA, N.A., C/O Weinstein & Riley, P.S., 1415 WESTERN AVE, SUITE 700, |

| Recip ID | Bypass | Notice Type / Email | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | SEATTLE, WA 98101 |
| 14853191 | + | Email/Text: bncmail@w-legal.com | Nov 14 2024 00:23:00 | TD Bank USA N.A., 7000 Target Parkway North, Minneapolis, MN 55445-4301 |
| 14856287 | + | Email/Text: tdebn@credbankserv.com | Nov 14 2024 00:23:00 | TD Retail Card Services, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 14853192 | ^ | MEBN | Nov 14 2024 00:19:02 | Td Retail Card Services, MS BT, POB 9475, Minneapolis, MN 55440-9475 |
| 14853193 | | Email/Text: usapae.bankruptcynotices@usdoj.gov | Nov 14 2024 00:23:00 | U.S. Attorney, Eastern District of Pa., 615 Chestnut St Ste 1250, Philadelphia, PA 19106-4404 |
| 14853194 | ^ | MEBN | Nov 14 2024 00:18:37 | U.S. Department of Justice, 950 Pennsylvania Ave NW, Washington, DC 20530-0009 |
| 14853195 | | Email/Text: bknotice@upgrade.com | Nov 14 2024 00:23:00 | Upgrade, Inc., Attn: Bankruptcy, 2 N Central Ave Fl 10, Phoenix, AZ 85004-2322 |
| 14853196 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Nov 14 2024 00:30:13 | Wells Fargo Bank NA, Attn: Bankruptcy 1 Home Campus MAC X2303, Des Moines, IA 50328-0001 |
| 14867601 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Nov 14 2024 00:30:45 | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 14853197 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Nov 14 2024 00:30:08 | Wells Fargo Personal Lines & Loan, Attn: Bankruptcy 1 Home Campus MACX2303, Des Moines, IA 50328-0001 |
| 14853198 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Nov 14 2024 00:30:39 | Wells Fargo/Furniture Marketing Group, Attn: Bankruptcy, PO Box 10438 MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 68

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14853179 | | PennyMac Loan Services, LLC, Unit, Los Angeles,, Attn:, PO Box 514387, CorrespondenceCA90051 |
| 14864434 | *+ | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 14902864 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 14853183 | ##+ | Solar Mosaic Inc, Attn: Bankruptcy Attn: Bankruptcy, 300 Lakeside Dr , 24th Fl, Oakland, CA 94612-3572 |

TOTAL: 1 Undeliverable, 2 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 15, 2024            Signature:      /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

| District/off: 0313-2 | User: admin | Page 5 of 5 |
|---|---|---|
| Date Rcvd: Nov 13, 2024 | Form ID: 155 | Total Noticed: 71 |

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 13, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| ANDREW M. LUBIN | on behalf of Creditor PENNYMAC LOAN SERVICES LLC. nj-ecfmail@mwc-law.com, bkecf@milsteadlaw.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| MICHAEL A. CIBIK | on behalf of Debtor Menuhah Keel help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 4

*Form 155* (2/24)

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:
   Menuhah Keel

Debtor(s).

Case No. 24−10410−amc

Chapter: 13

## ORDER CONFIRMING PLAN UNDER CHAPTER 13

   **AND NOW**, upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

   **A.** a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

   **B.** the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

   **C.** any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

**WHEREFORE**, it is **ORDERED** that the plan is **CONFIRMED**.

Date: November 12, 2024

For The Court

Ashely M. Chan
Chief Judge, United States Bankruptcy Court