# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE<br><br>MENUHAH KEEL,<br>    Debtor<br>~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~<br>ALLY CAPITAL,<br>    Movant<br>vs.<br>MENUHAH KEEL, and<br>AARON KEEL, Codebtor.<br>    Respondent(s)<br>and<br>KENNETH E. WEST<br>    Trustee | CHAPTER 13<br><br>CASE NO.: 24-10410-AMC<br><br><br><br><br>**HEARING DATE:**<br>Tuesday, February 18, 2025<br>11:00 A.M.<br><br><br><br>**LOCATION:**<br>Courtroom No. 4<br>900 Market Street, Suite 400<br>Philadelphia, PA 19107 |

## CERTIFICATE OF SERVICE

I certify that on January 28, 2025, I caused to be served a true and correct copy of the foregoing Motion for Relief from the Automatic Stay by electronic mail or by first class mail with postage prepaid on the following:

Via US Mail

Menuhah Keel
5234 N 10th St
Philadelphia, PA 19141

AARON KEEL
5234 N 10TH ST
PHILADELPHIA, PA 19141

Via CM / ECF / NEF

Michael A. Cibik
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
help@cibiklaw.com

Kenneth E. West
190 N. Independence Mall West, Suite 701
Philadelphia, PA 19106
ecfemails@ph13trustee.com

United States Trustee
Robert N.C. Nix Federal Building,
900 Market Street Suite 320
Philadelphia, PA 19107
USTPRegion03.PH.ECF@usdoj.gov

*/s/ Cathy Bush*
4515 N. Santa Fe Ave.,
Oklahoma City, OK 73118