# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE | : | CHAPTER 13 |
| | : | |
| MENUHAH KEEL, | : | CASE NO.: 24-10410-AMC |
| Debtor | : | |
| | : | |
| ALLY CAPITAL, | : | |
| Movant | : | **HEARING DATE:** |
| vs. | : | Tuesday, February 18, 2025 |
| | : | 11:00 A.M. |
| MENUHAH KEEL, and | : | |
| AARON KEEL, Codebtor. | : | |
| Respondent(s) | : | |
| and | : | |
| | : | **LOCATION:** |
| KENNETH E. WEST | : | 900 Market Street, Suite 400 |
| Trustee | : | Courtroom No. 4 |
| | : | Philadelphia, PA 19107 |

## ORDER

Upon consideration of the Motion for Relief from Automatic Stay and Codebtor Stay submitted and attached hereto, it is hereby Ordered, Adjudged and Decreed that the Motion is granted. The automatic stay and codebtor stay are lifted with respect to the Movant.

Movant shall be and is hereby permitted to proceed and continue with an action in vehicle repossession (2019 Nissan Armada Utility 4D SL AWD 5.6L V8, V.I.N. JN8AY2NC7K9585366) and is hereby permitted to levy and sell the vehicle at issue and to pursue its remedies under state law in connection with the loan documents.

It is further Ordered that this grant of relief from stay shall remain in full force and effect, notwithstanding any subsequent conversion of this case to another chapter.

The stay of the Order as provided under Rule 4001 (a)(3), F.R.B.P., is hereby waived.

_____
Ashely M. Chan
U.S. BANKRUPTCY JUDGE

Please send copies to:

Menuhah Keel
5234 N 10th St
Philadelphia, PA 19141

AARON KEEL
5234 N 10TH ST
PHILADELPHIA, PA 19141

Michael A. Cibik
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102

Kenneth E. West
190 N. Independence Mall West, Suite 701
Philadelphia, PA 19106

U.S. Trustee
United States Trustee
Office of the U.S. Trustee
Robert N.C. Nix Federal Building,
900 Market Street Suite 320
Philadelphia, PA 19107

Regina Cohen
Lavin, Cedrone, Graver, Boyd & DiSipio
Suite 500 190 North Independence Mall West 6th & Race Streets
Philadelphia, PA 19106