# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE | : | BANKRUPTCY NO. 24-10410-AMC |
| MENUHAH KEEL | : | |
| | : | |
| | : | |
| Debtor | : | |
| | : | |
| | : | CHAPTER 13 |

## CERTIFICATION OF NO RESPONSE

I, REGINA COHEN, attorney for Movant, hereby certify that no answer or objection or other responsive pleading has been received in regard to the Motion of Ally Capital for Relief from Automatic Stay and Codebtor Stay. The response date in the above-captioned matter was on or before **February 11, 2025**, which is more than fifteen (15) days from the date of service.

**LAVIN, CEDRONE, GRAVER, BOYD & DiSIPIO**

/s/ Regina Cohen
Regina Cohen
Attorney for Movant
Suite 500
190 North Independence Mall West 6th &
Race Streets
Philadelphia, PA 19106
(215) 351-7551

DATED: 2/13/2025